HONORABLE RONALD B. LEIGHTON

FILED ____ LODGED
____ RECEIVED

JUL 18 2005

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

05-CV-05090-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRADLEY C. SMITH, a single man,

Plaintiff,

v.

GRAYS HARBOR COUNTY, et al.,

Defendants.

Case No. C05-5090 RBL

ORDER ON WITHDRAWAL OF
SUMMARY JUDGMENT MOTION

THIS MATTER comes on before the above-entitled Court upon the Declaration of John E. Justice Re Withdrawal of Summary Judgment Motion.

Having considered the entirety of the records and file herein, it is hereby

ORDERED that Defendants' Motion for Summary Judgment [Dkt. #15] is hereby **STRICKEN** from the Court's motions calendar. It shall be the responsibility of defendants to renote the motion if they wish it to be considered by the Court.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 18 day of July, 2005.

_____
RONALD B. LEIGHTON
United States District Court Judge

ORDER
Page - 1